15 In the Matter of the Arbitration between PIGOTT CONSTRUCTION INTERNATIONAL LTD., Respondent, and CITY OF NIAGARA FALLS, Acting for and on Behalf of the New York State Urban Development Corporation, Appellant. — Order and judgment unanimously affirmed, with costs, on the memorandum decision at Special Term, Kasler, J. (Appeals from order and

judgment of Niagara Supreme Court — attorney's fees.) Present — Cardamone, J. P., Simons, Callahan, Doerr and Schnepp, JJ.